KETHLEDGE, Circuit Judge,
concurring.
I join the court’s opinion with the understanding that it does not preclude a later panel from deciding that a district court’s miscalculation of a defendant’s statutory sentencing range is procedural error. But McCloud did not object to the miscalculation here, which means that he must show that the court’s mistake was not merely procedural error, but plain error. To demonstrate plain error, McCloud must make “ ‘a specific showing’ ” that the court’s mistake actually “ ‘affected the outcome of the district court proceedings.’” United States v. Keller, 665 F.3d 711, 714 (6th Cir.2011) (quoting United States v. Olano, 507 U.S. 725, 734-35, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993)). For the reasons explained in the court’s opinion, McCloud has not made that showing.